# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM WADDELL,**                                                         **PLAINTIFF,**

    **VS.**                                                  **CIVIL ACTION 4:04CV226-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                 **DEFENDANT**

                                                                  **Consolidated with**

**WILLIAM E. PRINCE,**                                                     **PLAINTIFF,**

    **VS.**                                                  **CIVIL ACTION 4:04CV259-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                 **DEFENDANT**.

## **ORDER**

This matter comes before the court upon Defendant's First Motion in Limine to Strike the Designation of Expert Doug DeLap [38-1]. Upon due consideration of the motion – no response having been filed – the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's First Motion in Limine to Strike the Designation of Expert Doug DeLap [38-1] is **GRANTED**; therefore,

(2) The testimony of Doug DeLap is hereby **EXCLUDED**.

**SO ORDERED** this the 19th day of December, A.D., 2005.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE