IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM WADDELL,**                                       **PLAINTIFF,**

    **VS.**                                   **CIVIL ACTION 4:04CV226-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                     **DEFENDANT**

**Consolidated with**

**WILLIAM E. PRINCE,**                              **PLAINTIFF,**

    **VS.**                                   **CIVIL ACTION 4:04CV259-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                     **DEFENDANT**.

## ORDER

This matter comes before the court upon Defendant's Fifth Motion in Limine to Exclude Each Element of Damages Sought to be Proved by the Plaintiff [42-1]. Upon due consideration of the motion and the responses filed thereto, the court finds that same should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Fifth Motion in Limine to Exclude Each Element of Damages Sought to be Proved by the Plaintiff [42-1] is **DENIED**.

**SO ORDERED** this the 19th day of December, A.D., 2005.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE