# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM WADDELL,**                                                                                         **PLAINTIFF,**

    **VS.**                                                    **CIVIL ACTION 4:04CV226-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                  **DEFENDANT**

**Consolidated with**

**WILLIAM E. PRINCE,**                                                     **PLAINTIFF,**

    **VS.**                                                    **CIVIL ACTION 4:04CV259-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                  **DEFENDANT**.

## ORDER

This matter comes before the court upon Defendant's Seventh Motion in Limine to Exclude Police Reports Regarding Criminal Activity in or Around the Defendant's Premises [44-1]. Upon due consideration of the motion and the responses filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Seventh Motion in Limine to Exclude Police Reports Regarding Criminal Activity in or Around the Defendant's Premises [44-1] is **DENIED**.

**SO ORDERED** this the 20th day of December, A.D., 2005.

                                                                  /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE