# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM WADDELL,**                                                                   **PLAINTIFF,**

    **VS.**                                               **CIVIL ACTION 4:04CV226-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                               **DEFENDANT**

Consolidated with

**WILLIAM E. PRINCE,**                                                      **PLAINTIFF,**

    **VS.**                                                **CIVIL ACTION 4:04CV259-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                               **DEFENDANT**.

## ORDER

This matter comes before the court upon Plaintiffs' Motion to Reconsider [68-1] of the court's December 19, 2005 Order excluding the testimony of Robert D. Jones. Upon due consideration of the motion and the response filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Motion to Reconsider [68-1] is **DENIED**.

**SO ORDERED** this the 5th day of January, A.D., 2006.

                                                                        /s/ W. Allen Pepper, Jr.
                                                                        W. ALLEN PEPPER, JR.
                                                                        UNITED STATES DISTRICT JUDGE