**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIAM WADDELL,**                                                                                           **PLAINTIFF,**

    **VS.**                                                       **CIVIL ACTION 4:04CV226-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                       **DEFENDANT**

**Consolidated with**

**WILLIAM E. PRINCE,**                                                                    **PLAINTIFF,**

    **VS.**                                                    **CIVIL ACTION 4:04CV259-P-B**

**RAJNIKANT DAYA d/b/a LEVEE INN,**                                       **DEFENDANT**.

## ORDER

This matter comes before the court upon Plaintiff William Prince's Motion to Reconsider [69-1] of the court's December 19, 2005 Order excluding the testimony by the plaintiff that he suffered a torn rotator cuff. Upon due consideration of the motion, the court finds that same should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff William Prince's Motion to Reconsider [69-1] is **DENIED**.

**SO ORDERED** this the 5th day of January, A.D., 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE